84,029-02

TO The Clerk OF Said Court...

I have one question, and I do not know who to ask, I think asking you or the courthouse I could probably see the water more clearly. How will I know IF My writ oF Prohibition got approved or denied? (writ-WR-84,029-02)

Im really nervous and anxious, and how I pray to God it gets approved. Im no Lawyer nor peralegal, neither have a College degree In Law, so I honestly do not know what the proceedings are. Well thank you For your time, and iF you can help thank you and iF you canf still thank you For your time and God Bless.

Sinceraly, Juan C. Limas Nava

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk